302

Alton SIMMONS, Plaintiff–Appellant,

v.

Sarah E. JOHNSON; Colbert L. Repass; Hattie Pimpong; Rick Anderson; Officer Trueblood; Sergeant Bundy; Robin Jones, Defendants–Appellees.

No. 10–7708.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 6, 2011.

Alton Simmons, Appellant Pro Se.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alton Simmons appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Simmons v. Johnson*, No. 5:10–ct–03017–D (E.D.N.C. Nov. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*